## PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
215-563-7000
**Bankruptcy Fax # 215-568-7616**

Representing Lenders in
Pennsylvania

Vincent Soda, Jr.
Legal Assistant

September 24, 2018

**BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED**

**MEMORANDUM**

TO: U.S. Bankruptcy Court

ATTN: Court Administrator
Debtors: Rankin, Debora Kay
Bankruptcy No. 18-02404

Enclosed please find 1 Cashier Check totaling $11.50, in order to obtain a certified copy of the relief order.

If you have any questions concerning these funds, please feel free to contact our office.

Please return the Certified copy to Janice.fisher@phelanhallinan.com.

Sincerely yours,

*PHELAN HALLINAN DIAMOND & JONES, LLP*

Vincent Soda, Jr.

* This firm is a debt collector attempting to collect a debt. Any information received will be used for that purpose. If you have received a discharge in bankruptcy, this is not and should not be construed as an attempt to collect a debt. We are only proceeding against the real estate secured by the mortgage.